UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-21861-CIV-UNGARO/O'SULLIVAN

JUAN CARLOS VILLAMIZAR, on his
own behalf and others similarly situated,
    Plaintiffs,
v.

WESTBROOK MOTORS, INC., a Florida
Corporation,
    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion to Enforce Settlement Agreement & for Attorneys Fees and Costs (DE # 12, 10/25/07).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED that the defendant shall file a response to the Plaintiff's Motion to Enforce Settlement Agreement & for Attorneys Fees and Costs (DE # 12, 10/25/07) on or before November 29, 2007.  The failure to file a response may result in a recommendation that the Plaintiff's Motion to Enforce Settlement Agreement & for Attorneys Fees and Costs (DE # 12, 10/25/07) be granted in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 15th day of November, 2007.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record